■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND F. DOWNEY, JR., Appellant. [679 NYS2d 762] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted assault in the second degree (Penal Law §§ 110.00, 120.05 [4]) and criminal contempt in the first degree (Penal Law § 215.51 [b]) and sentencing him as a second felony offender to concurrent terms of incarceration of 1½ to 3 years. The sole contention of defendant on appeal is that County Court erred in denying his motion to suppress his statements on the ground that they were not preceded by *Miranda* warnings.

The court properly refused to suppress defendant's initial oral statements at the police station. Although those statements were not preceded by *Miranda* warnings, they were spontaneous and not in response to "interrogation", i.e., words or actions by police that were intended or likely to elicit an incriminating response (*see, Rhode Island v Innis*, 446 US 291, 300-302; *People v Velasquez*, 68 NY2d 533, 537; *People v Ferro*, 63 NY2d 316, 318, 322-323, *cert denied* 472 US 1007; *People v Maerling*, 46 NY2d 289, 303).

Similarly, the court properly refused to suppress defendant's subsequent oral and written statements. The evidence established that defendant was not intoxicated to such a degree that he was incapable of voluntarily, knowingly, and intelligently waiving his *Miranda* rights (*see, People v Gadson*, 239 AD2d 924, *lv denied* 90 NY2d 905; *People v Gagliardi*, 232 AD2d 879, 880; *People v Morales*, 228 AD2d 525, *lv denied* 88 NY2d 1070; *People v Shabaz*, 173 AD2d 498, 499, *lv denied* 79 NY2d 923; *see generally, People v Schompert*, 19 NY2d 300, 305-307, *cert denied* 389 US 874). (Appeal from Judgment of Wayne County Court, Parenti, J.—Attempted Assault, 2nd Degree.) Present— Denman, P. J., Green, Wisner, Balio and Fallon, JJ.